STATE OF NEW JERSEY v. ARTHUR J. BROWN

December 15, 1970.  Petition for certification denied.

PRINCETON RESEARCH LANDS, INC. v. PLANNING BOARD
OF THE TOWNSHIP OF PRINCETON, *ET AL*

December 15, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v. RONALD STAHL

December 15, 1970.  Petition for certification denied.

HENRY BARA v. HELEN BARA

December 15, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v. WOODROW HINTON

December 15, 1970.  Petition for certification denied.

IN THE MATTER OF PAUL SICOLA'S KEY FORD, INC. v.
JUNE STRELECKI

December 15, 1970.  Petition for certification denied.